# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BETH BOYANTON, MELISSA FENDLEY, and BOB LUJANO,** individually and on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NO.** |
| vs. | ) ) ) | **2:23-CV-01278-AMM** |
| **FAMILY DOLLAR STORES OF ALABAMA, LLC,** a limited liability company, | ) ) ) ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to the court's minute entry dated December 18, 2024 [Doc. 34], Plaintiffs and Defendant, hereby provide this Joint Status Report.

1. Since the settlement conference on December 18, 2024, the Parties have reached agreement on attorney's fees and are finalizing a settlement agreement. Once finalized, the parties will file a joint stipulation of dismissal with prejudice.

Respectfully submitted on this the 30th day of January 2025.

| | |
|---|---|
| s/ Peter H. Burke | s/ Charles A. Powell IV |
| Edward I. Zwilling | Charles A. Powell IV |
| **LAW OFFICE OF** | **LITTLER MENDELSON, P.C.** |
| **EDWARD I. ZWILLING, LLC** | 420 20th Street North, Suite 2300 |
| 4000 Eagle Point Corporate Drive | Birmingham, AL 35203 |
| Birmingham, AL 35242 | cpowell@littler.com |
| edwardzwilling@zwillinglaw.com | |
| | ATTORNEY FOR DEFENDANT |
| Peter H. Burke | |
| CR Legal Team, LLP | |
| 3535 Grandview Parkway, Suite 100 | |
| Birmingham, AL 35243 | |
| | |
| John Allen Fulmer II | |
| Fulmer Law Firm, PC | |
| 2330 Highland Avenue South | |
| Birmingham, AL 35205 | |
| | |
| ATTORNEYS FOR PLAINTIFF | |

4919-3520-7700