# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BETH BOYANTON, MELISSA FENDLEY, and BOB LUJANO,** individually and on behalf of themselves and all others similarly situated,<br><br>　　　　**Plaintiff,**<br><br>vs.<br><br>**FAMILY DOLLAR STORES OF ALABAMA, LLC,** a limited liability company,<br><br>　　　　**Defendant.** | **CIVIL ACTION NO.**<br><br>**2:23-CV-01278-AMM** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(ii), Plaintiffs Beth Boyanton, Melissa Fendley and Bob Lujano and Defendant Family Dollar Stores of Alabama, LLC hereby submit this Joint Stipulation of Dismissal With Prejudice with each party bearing its own fees and costs.


Respectfully submitted this 6th day of March 2025.

/s/ Edward I. Zwilling
Edward I. Zwilling
**LAW OFFICE OF**
**EDWARD I. ZWILLING, LLC**
4000 Eagle Point Corporate Drive
Birmingham, AL 35242
edwardzwilling@zwillinglaw.com

Peter H. Burke
CR Legal Team, LLP
3535 Grandview Parkway, Suite 100
Birmingham, AL 35243

John Allen Fulmer II
Fulmer Law Firm, PC
2330 Highland Avenue South
Birmingham, AL 35205

ATTORNEYS FOR PLAINTIFF

/s/ Charles A. Powell IV
Charles A. Powell IV
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL 35203
cpowell@littler.com

ATTORNEY FOR DEFENDANT

